# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GILBERT M. MARTINEZ,    :    No. 48 MM 2022
:
   Petitioner    :
:
:
:
  v.    :
:
:
:
ROBERT J. SHENKIN, JEFFREY K.    :
SPRECHER, THOMAS G. PARISI IN THEIR    :
OFFICIAL CAPACITY,    :
:
   Respondents    :

## ORDER

**PER CURIAM**

  **AND NOW**, this 10th day of August, 2022, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Mandamus, the "Ex Parte Motion to Void Judgment Abinito [sic]," the Application for Relief, and the Application for Relief Pursuant to Pa.R.A.P. 123 are DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.